eral pleas of the appellant, and the judgment of the lower court is affirmed.

*Judgment affirmed.*

Charles W. Young, Appellee, v. Abner C. Barr, Appellant.

(Not to be reported in full.)

Appeal from the City Court of Alton; the Hon. JAMES E. DUNNE-GAN, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 13, 1917. Rehearing denied June 16, 1917.

Statement of the Case.

Action by Charles W. Young, plaintiff, against Abner C. Barr, defendant, to recover for services rendered in effecting sales of certain lands. From a judgment for plaintiff for $250, defendant appeals.

B. J. O'NEILL, for appellant.

J. V. E. MARSH, for appellee.

MR. PRESIDING JUSTICE MCBRIDE delivered the opinion of the court.

Abstract of the Decision.

BROKERS, § 90*—*when evidence sufficient to show plaintiff to be procuring cause of sale.* A finding that plaintiff was the procuring cause of the sales of certain lands belonging to defendant, *held* not against the manifest weight of the evidence.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.